IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:2026-cv-00127

| | | |
|---|---|---|
| DANIELLE HARDEN, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| FIRST ADVANTAGE BACKGROUND | ) | |
| SERVICES CORPORATION, | ) | |
| | ) | |

Please take notice that the undersigned Brett David Sherman hereby enters a notice of special appearance as attorney for Danielle Harden in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Karl Stephen Gwaltney.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

*Brett Sherman*
_____
Brett D. Sherman
Sherman & Ticchio, PLLC
120 N. Main Street St 302B
New City. NY 10956
(212) 324-3874
brett@st-legal.com
NY Bar. No. 2985505
*Attorney for Plaintiff*

*s/Karl Gwaltney*
_____
Karl Stephen Gwaltney
Maginnis Howard Law
7706 Six Forks Road Suite 101
Raleigh, NC 27615

(919) 960-1545
KGwaltney@maginnishoward.com
NC Bar. No. 45118
Local Civil Rule 83.1(d) Attorney for Plaintiff

2